

**FILED**
3/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Case No. |
| JOSE DEMENCIO CHACON-RIOS | Violation: Title 18, United States Code, Section 922(a)(1)(A) |

1:25-cr-00143
Judge Jeffrey I Cummings
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 4

The SPECIAL JUNE 2024 GRAND JURY charges:

From on or about October 22, 2024, until on or about January 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE DEMENCIO CHACON-RIOS,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY